UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Michael J. Clauso
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Corr. Off. Moralez N.S.P.
Corr. Off. Diaz    N.S.P.
Corr. Off. McGee   N.S.P.
Corr. Off. Lewin   N.S.P.
Administrator Patrick Nogan N.S.P.
Commissioner Markus Hicks

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name            Michael J. Clauso
         Street Address    880700-B
         County, City      Northern State Prison
         State & Zip Code  PO Box 2300
         Telephone Number  Newark, NJ. 07114

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name _Corr. Off. Diaz_
Street Address _Northern State Prison_
County, City _PO Box 2300_
State & Zip Code _Newark, N.J. 07114_

Defendant No. 2
Name _Corr. Off. Moralez_
Street Address _Northern State Prison_
County, City _PO Box 2300_
State & Zip Code _Newark, N.J. 07114_

Defendant No. 3
Name _Corr. Off. Lewin_
Street Address _Northern State Prison_
County, City _PO Box 2300_
State & Zip Code _Newark, N.J. 07114_

Defendant No. 4
Name _Corr. Off. McGee_
Street Address _Northern State Prison_
County, City _PO Box 2300_
State & Zip Code _Newark, N.J. 07114_

Administrator Patrick Nogan N.S.P.
Commissioner Markus O Hicks

II.  Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? (check all that apply)
[X] Federal Questions
[ ] Diversity of Citizenship
[ ] U.S. Government Plaintiff
[ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _I have been Attacked at every level, Religion, Ethnicity, psychologicaly, Moraley, Physicaly_

-2-

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? Diaz @ D-1-W cell 202, Moralez @ S.U. cell 107, Lewin C-1-W cell 420, McGee @ law library ....

B. What date and approximate time did the events giving rise to your claim(s) occur? 8-20-18 Diaz punched me in the face in cell, Sept 2nd 2018 Moralez stripped me naked & told me to lie face down hands behind my head, April 19, 2018, Off. Lewin destroyed a brand new Quran,

Facts: On Fri Memorial Day weekend Officer McGee told me "I'll punch you in the face cracker"

- Diaz puched me in the face, I went to Classification the next day & informed them. He was suspended
- Moralez stripped me naked & told me to lie down face first hands behind my head. It was done in a demeaning-dehumanizing way. He was fired.
- Lewin destroyed poured an unopened sealed bottle of mouth wash on a brand new Arabic Quran for no reason.
- McGee told me while at the law library "I'll punch you in the face cracker"
- Markus O'Hicks is the commisioner. He's added for that fact.
- Patrick Nogan is the Administrator of N.S.P.
- Off. Cook, 3 Caucasian N.S.P. C.O. saw Moralez's actions
- Lt. Vargas seen the dripping wet Quran in plastic bag at the cell door, McGee is known for attack Caucasian inmates
- Inmates Rogers & Jackson cells 218 & 219 saw Diaz walk in my cell and punch me in face!

What happened to you?
Who did what?
Was anyone else involved?
Who else saw what happened?

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. My Dameges are psychological, I've been punched, tormented, attacked with racial threats, personal property destroyed. I was over 2 years sober, batteling addiction. I'm a probation violater, I completed short term & long term programing Turning Point & Gateway, just to have to end up getting on Suboxon, because I started useing drugs again while in prison. Because of the psychological stress I've been put under for no reason, I've been subjected unfair treatments

V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. C/O Diaz, 100,000.00 physical abuse & psychological torment this is the beginning of the Abuse's. C/O Moralez, 100,000.00 for psychological torment & ANGuish Not following N.O.C. Policey. C/O Lewin 100,000.00 for Destroying Religeus Property Arabic Quran. C/O McGee 100,000.00 for Committing a 2C Violation While in his law enforment capacity. He committed a Hate Crime. Admin. Pat Nogan 250,000.00 I've complained to him threwout my whole time here about these & other issue's. And these officers are doing what they want, so he must not have no controle over them. Comm. Markus O'Hicks, 250,000.00

-4-

Additional pg to #5, for Question #5

| | |
|---|---|
| Some | Inquiry's & Grievance's, not all, all unanswered |
| 11-22-19 | 19051592 - Adm. Lawyer Visit |
| 11-18-19 | 19050398 - Med. About care since Accident |
| 8-13-19 | 19034770 - Adm. Asking about unanswered correspondance's |
| 8-13-19 | 19034765 - Med. |
| 6-6-19 | 19024485 - Adm. About the Cops Threatening me |
| 6-3-19 | 19023863 S.I.D. About the cop ↑ |
| 6-1-19 | 19023499 S.I.D. About the cop ↑ |
| ? | 19038975 S.I.D. About the Cop ↑ ← |
| 5-31-19 | 19023497 Class |
| 5-30-19 | 19023412 - Cent. Off. About the COP |
| 5-26-19 | 19022746 - Admin About the Cops |
| 4-30-19 | 19018895 Admin About Quran being Destroyed |
| 4-30-19 | 19018896 Admin About |
| 8-24-19 | 19036710 Admin/Business Off. Legal Mail |
| 8-25-19 | 19036827 Med. Treatment Care |
| 5-25-19 | I wrote the issue up about C/O McGee, It disappeared |

There are Numerous other's, since being transfered here, Fri. Aug 10th 2018, to many for me to keep track of. About the cops, Medical care since being transfered here & the Accident.

S.I.D. = Special Investigative Division (I.A.)
Admin. = Administration
Med. = Medical
Cent. Off. = Central Administration Offices
Dept of State Treasurer Elizabeth Maher Muoio, Some Half Dozen Times I wrote her, about the different Civil Rights Violations.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 1st day of June, 2020.

Signature of Plaintiff _Michel J. Clause_
Mailing Address 880700-B
Northern State Prison
PO Box 2300
Telephone Number Newark, N.J. 07114
Fax Number *(if you have one)* ___
E-mail Address ___

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _Michel J. Clause_