part #1

## INITIAL NOTICE OF CLAIM FOR DAMAGES AGAINST THE STATE OF NEW JERSEY

**FORWARD TO:** TORT AND CONTRACT UNIT, CLAIMS SEVICE SECTION
DEPARTMENT OF THE TREASURY, BUREAU OF RISK MGT.
CN 620
TRENTON, NEW JERSEY 08625
PHONE: (609) 292-4347

* FORM **MUST** BE FILED WITHIN **90 DAYS** OF THE ACCIDENT OR YOU MAY FORFEIT YOUR RIGHT

1. **NAME OF CLAIMANT:** Michael J. Claudio  sbi# 000700-B
   **STREET ADDRESS:** Northern State Prison
   **DATE OF BIRTH:** 8-23-1974
   **CITY:** PO Box 2300, Newark  **STATE:** NJ  **ZIP CODE:** 07114
   **DAYTIME PHONE#/CONTACT:** 973-857-3740
   **SOCIAL SECURITY NUMBER:** 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

2. IF IT IS REQUESTED THAT NOTICES BE SENT TO A PERSON OTHER THAN THE CLAIMANT, SUCH AS YOUR ATTORNEY, PLEASE SEND NOTICES TO:

   **NAME OF PERSON:**
   **STREET ADDRESS:**
   **TELEPHONE NUMBER:**
   **CITY:**  **STATE:**  **ZIP CODE:**

   **RELATIONSHIP TO CLAIMANT:** ☒ ATTORNEY  ☐ OTHER
   I am forwarding this information/documents/papers to hi

3. **CIRCUMSTANCES REGARDING THE OCCURRENCE OR ACCIDENT:**
   Mon. 8-6-2018 Approx 16:45
   **DATE AND TIME**
   **LOCATION:** Back of Transport Van D.O.C.
   **CITY:** Woodbridge  **STATE:** NJ

4. **DESCRIBE THE ACCIDENT OR OCCURRENCE:**
   on said date I was being transferred from Midstate Corr. Facility to Garden State Youth Corr. Fac. as a result of Corr off. Rookie, driver who was driving erratic and dangerously had to stop short, I tumbled over and hit my head I received permanent disfigurement and injury.

5. STATE THE NAME AND ADDRESS OF ALL WITNESSES TO ABOVE OCCURRENCE:
Corr. Off. Rookie (African American, 25 yrs old) Injury
Sgt. Clemens and all recieving staff at E.S.C.F.
Dr. Myrz / Nursing staff
Medical Staff at Northern State prison.

6. STATE THE NAMES AND ADDRESSES OF EACH STATE AGENCY AND EACH STATE EMPLOYEE WHOM YOU CLAIM CAUSED YOUR DAMAGES OR INJURIES.
Corr. Off. Rookie of Midstate (African American, 25 yrs of Age)
Sgt. Clemens and all recieving personel at E.S.C.F.
Medical Staff at E.S.C.F. Dr. Myrz / Nursing staff
Northern State Co. prison Medical Staff, Custody Staff

7. STATE THE NAME AND ADDRESS OF ALL OTHER PERSONS, COMPANIES, OR GOVERNMENTAL AGENCIES WHICH YOU CLAIM ARE RESPONSIBLE FOR YOUR INJURIES OR DAMAGES.
Department of Corrections / Midstate / Northern State prison's. Rutgers Medical Staff / University

8. BRIEFLY DESCRIBE THE INJURY, DAMAGES AND LOSSES INCURRED BY YOU.
Scare at least 1½ inches square, one and a half inches square torn flesh, permanete disfigurement. Nerve damage right side of neck continues pain.

9. GIVE THE AMOUNT THAT YOU CLAIM IN DAMAGES: $ 200,000.00
Two Hundred Thousand Dollars
GIVE THE BASIS FOR CALCULATION OF THE ABOVE DAMAGES:
Permanete Disfigurement. No medical for 17 hours... permanete physical pain. Will get physical therapy for 6. Psychological / Emotional pain, being under educated. Can only qualified to work manual labor hard physical labor. Because of the nerve damage I will be a hill to work. Should be much more see all.

I certify that the foregoing statements made by me are true. I am aware that if any statement made herein is willfully false or fraudulent, i am subject to punishment as provided by law.

Date: 10-22-2018

CLAIMANT OR PERSON FILING ON BEHALF OF CLAIMANT

port #2

## INTITIAL NOTICE OF CLAIM FOR DAMAGES AGAINST THE STATE OF NEW JERSEY

**FORWARD TO:** TORT AND CONTRACT UNIT, CLAIMS SEVICE SECTION
DEPARTMENT OF THE TREASURY, BUREAU OF RISK MGT.
CN 620
TRENTON, NEW JERSEY 08625
PHONE: (609) 292-4347

* FORM **MUST BE** FILED WITHIN **90 DAYS** OF THE ACCIDENT OR YOU MAY FORFEIT YOUR RIGHT

1. Michael J. C1050 SbI# 880700-B / Northern State prison
   NAME OF CLAIMANT / STREET ADDRESS

   8-23-1974 / PO BOX 2300, Newark NJ 07114
   DATE OF BIRTH / CITY / STATE / ZIP CODE

   973-854-3740 / 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
   DAYTIME PHONE#/CONTANCT / SOCIAL SECURITY NUMBER

2. IF IT IS REQUESTED THAT NOTICES BE SENT TO A PERSON OTHER THAN THE CLAIMANT, SUCH AS YOUR ATTORNEY, PLEASE SEND NOTICES TO:

   NAME OF PERSON / STREET ADDRESS

   TELEPHONE NUMBER / CITY / STATE / ZIP CODE

   RELATIONSHIP TO CLAIMANT: ☒ ATTORNEY ☐ OTHER
   I am forwarding this information/documents/papers to him.

3. CIRCUMSTANCES REGARDING THE OCCURRENCE OR ACCIDENT:

   8-23-2018 / 17:00 hrs / B-1-West Cell 202
   DATE AND TIME / Check Camera / LOCATION

   Newark / NJ 07114
   CITY / STATE

4. DESCRIBE THE ACCIDENT OR OCCURRENCE:
   Was punched in face ny Corr. off. Northern State Prisn.

5. STATE THE NAME AND ADDRESS OF ALL WITNESSES TO ABOVE OCCURRENCE:
   Camera/video. Inmate Juan Reyes, Bunky,
   SID, Northern state.

6. STATE THE NAMES AND ADDRESSES OF EACH STATE AGENCY AND EACH STATE EMPLOYEE WHOM YOU CLAIM CAUSED YOUR DAMAGES OR INJURIES.
   Corr Off Diaz, Northern state prison

7. STATE THE NAME AND ADDRESS OF ALL OTHER PERSONS, COMPANIES, OR GOVERNMENTAL AGENCIES WHICH YOU CLAIM ARE RESPONSIBLE FOR YOUR INJURIES OR DAMAGES.
   Northern State Prison

8. BRIEFLY DESCRIBE THE INJURY, DAMAGES AND LOSSES INCURRED BY YOU.
   I was punched in face for no reason what so ever other then the peg felt like doing it.

9. GIVE THE AMOUNT THAT YOU CLAIM IN DAMAGES: $ Figure is included in first part $200,000.00 Two Hundred Thousand Dollars
   GIVE THE BASIS FOR CALCULATION OF THE ABOVE DAMAGES:
   Its not part of the job of a corr officer to punch inmates at anytime. It shows a lack of professionalism that is rampant in all of N.J. law enforcement, psychological harrass... And they need to be held responsible for their acts

I certify that the foregoing statements made by me are true. I am aware that if any statement made herein is willfully false or fraudulent, i am subject to punishment as provided by law.

Date: 10-22-2018

CLAIMANT OR PERSON FILING ON BEHALF OF CLAIMANT

part #3

## INTITIAL NOTICE OF CLAIM FOR DAMAGES AGAINST THE STATE OF NEW JERSEY

**FORWARD TO:** TORT AND CONTRACT UNIT, CLAIMS SEVICE SECTION
DEPARTMENT OF THE TREASURY, BUREAU OF RISK MGT.
CN 620
TRENTON, NEW JERSEY 08625
PHONE: (609) 292-4347

\* FORM <u>MUST</u> BE FILED WITHIN <u>90</u> DAYS OF THE ACCIDENT OR YOU MAY FORFEIT YOUR RIGHT

1. Michael J. Clauso — NAME OF CLAIMANT
   Northern State Prison — STREET ADDRESS
   8-23-74 — DATE OF BIRTH
   PO Box 2300 Newark, N.J. 07114 — CITY, STATE, ZIP CODE
   973-857-3740 — DAYTIME PHONE#/CONTANCT
   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 — SOCIAL SECURITY NUMBER

2. IF IT IS REQUESTED THAT NOTICES BE SENT TO A PERSON OTHER THAN THE CLAIMANT, SUCH AS YOUR ATTORNEY, PLEASE SEND NOTICES TO:

   NAME OF PERSON
   STREET ADDRESS
   TELEPHONE NUMBER
   CITY   STATE   ZIP CODE

   RELATIONSHIP TO CLAIMANT: ☒ ATTORNEY   ☐ OTHER

   I am forwarding him this information, papers, documents....

3. CIRCUMSTANCES REGARDING THE OCCURRENCE OR ACCIDENT:
   Sat. Sept 1st 2018 / 9-1-18 — DATE AND TIME
   S.U. in Northern State Prison — LOCATION
   Newark, N.J. — CITY, STATE

4. DESCRIBE THE ACCIDENT OR OCCURRENCE:

   Taken to S.U. @ N.S.P. Sgt. Cullogh?, S.C.O. Cook, S.C.O. Morale. Was ordered to strip in the cell. And was told to lay face down, Naked, With My hands behind My head, on a dirty Mat. At this point I was Already Attacked by A. U. S. C.O. for No reason, So I thought I better do it. The whole ordeal was degrading, demoralizing, dehumanizing...

   10

5. STATE THE NAME AND ADDRESS OF ALL WITNESSES TO ABOVE OCCURRENCE:

Sgt. Collough
S.C.O. Cook
S.C.O. Morales - gave the order
S.C.O. Caucassian -

6. STATE THE NAMES AND ADDRESSES OF EACH STATE AGENCY AND EACH STATE EMPLOYEE WHOM YOU CLAIM CAUSED YOUR DAMAGES OR INJURIES.

Department of Corrections - New Jersey - Maybe some of these State Corr. Off. suffer from the Machiavelli Effect, this SCO Morales, ABU, Khrord, that Atrocity that happened to the P.O.W.s in Iraq!

7. STATE THE NAME AND ADDRESS OF ALL OTHER PERSONS, COMPANIES, OR GOVERNMENTAL AGENCIES WHICH YOU CLAIM ARE RESPONSIBLE FOR YOUR INJURIES OR DAMAGES.

N/A

8. BRIEFLY DESCRIBE THE INJURY, DAMAGES AND LOSSES INCURRED BY YOU.

Something is Not right in My brain After that. Being A childhood ptsd sufferer, it seemed sexual And, Totally out of order, right after that I get kicked of The Mental Health roster.

9. GIVE THE AMOUNT THAT YOU CLAIM IN DAMAGES: $500,000.00
Five Hundred Thousand U.S. dollars / Not to be included in Any other Area
GIVE THE BASIS FOR CALCULATION OF THE ABOVE DAMAGES:
DeHumanization
DeGradaccion
DeMoralizing

I certify that the foregoing statements made by me are true. I am aware that if any statement made herein is willfully false or fraudulent, i am subject to punishment as provided by law.

Thurd
Date: 11-8-2018

CLAIMANT OR PERSON FILING ON BEHALF OF CLAIMANT

Michael James Clauso

## INITIAL NOTICE OF CLAIM FOR DAMAGES AGAINST THE STATE OF NEW JERSEY

**FORWARD TO:** TORT AND CONTRACT UNIT, CLAIMS SEVICE SECTION
DEPARTMENT OF THE TREASURY, BUREAU OF RISK MGT.
CN 620
TRENTON, NEW JERSEY 08625
PHONE: (609) 292-4347

* FORM MUST BE FILED WITHIN 90 DAYS OF THE ACCIDENT OR YOU MAY FORFEIT YOUR RIGHT

1. Michael J. Clauso
NAME OF CLAIMANT

Northern State Prison
STREET ADDRESS
PO Box 2300

8-23-74
DATE OF BIRTH

Newark, N.J. 07114
CITY / STATE / ZIP CODE

973-857-3740
DAYTIME PHONE#/CONTANCT

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
SOCIAL SECURITY NUMBER

2. IF IT IS REQUESTED THAT NOTICES BE SENT TO A PERSON OTHER THAN THE CLAIMANT, SUCH AS YOUR ATTORNEY, PLEASE SEND NOTICES TO:

NAME OF PERSON

STREET ADDRESS

TELEPHONE NUMBER

CITY  STATE  ZIP CODE

RELATIONSHUP TO CLAIMANT: ☒ ATTORNEY  ☐ OTHER
I am Forwarding this information/documents/papers to him

3. CIRCUMSTANCES REGARDING THE OCCURRENCE OR ACCIDENT:

present on going
DATE AND TIME

Northern State Prison
LOCATION

Newark N.J.
CITY  STATE

4. DESCRIBE THE ACCIDENT OR OCCURRENCE:

I've complained, to no Avail, About the inconsistant Medical care And practice Here At this prison, half of the staff Don't even speak proper english, You tell them I got this Medical problem, Don't have this Medication. They say "fill out slip" How many times You so fill out a slip?

5. STATE THE NAME AND ADDRESS OF ALL WITNESSES TO ABOVE OCCURRENCE:
Social Worker spoke with on unit C-1-E / C-3-W on Sept. 30th 2018 / on Nov 7th 2018.
Avikun Shah Rpt nov 7th 2018

6. STATE THE NAMES AND ADDRESSES OF EACH STATE AGENCY AND EACH STATE EMPLOYEE WHOM YOU CLAIM CAUSED YOUR DAMAGES OR INJURIES.
Department of Corrections, New Jersey
Rutgers / University Medical care giver

7. STATE THE NAME AND ADDRESS OF ALL OTHER PERSONS, COMPANIES, OR GOVERNMENTAL AGENCIES WHICH YOU CLAIM ARE RESPONSIBLE FOR YOUR INJURIES OR DAMAGES.

for 7

8. BRIEFLY DESCRIBE THE INJURY, DAMAGES AND LOSSES INCURRED BY YOU.
I make the calculation based on the fact that I turned 44 years of age, 2 months ago, that I'm an American citizen, I've been in pain since the 6th of August, was already recieving Medical Attion for this injury, but this prison is not helping the problem.

for 8

9. GIVE THE AMOUNT THAT YOU CLAIM IN DAMAGES: $ 100,000.00
— One Hundred Thousand U.S. dollars —
GIVE THE BASIS FOR CALCULATION OF THE ABOVE DAMAGES:
Pain and suffering, inadiquet medical care, due to lack of attentiveness, malpractice in-imputed Negligence. Can't get KOP's, Can't get to Medical for Clearence from Staff infection. Too back to therapy.
This amount is seperate from previously filed, for Accident

I certify that the foregoing statements made by me are true. I am aware that if any statement made herein is willfully false or fraudulent, I am subject to punishment as provided by law.

Thurs
Date: 11-8-2018

CLAIMANT OR PERSON FILING ON BEHALF OF CLAIMANT
Michael James Clauso

## INTITIAL NOTICE OF CLAIM FOR DAMAGES AGAINST THE STATE OF NEW JERSEY

**FORWARD TO:** TORT AND CONTRACT UNIT, CLAIMS SEVICE SECTION
DEPARTMENT OF THE TREASURY, BUREAU OF RISK MGT.
CN 620
TRENTON, NEW JERSEY 08625
PHONE: (609) 292-4347

\* FORM **MUST** BE FILED WITHIN **90** DAYS OF THE ACCIDENT OR YOU MAY FORFEIT YOUR RIGHT

1. NAME OF CLAIMANT: Michael J. Clauso  880700-B
   STREET ADDRESS: Northern State Prison
   DATE OF BIRTH: 8-23-1974
   CITY: Newark  STATE: N.J.  ZIP CODE: 07114
   DAYTIME PHONE#/CONTANCT: 973-857-3740
   SOCIAL SECURITY NUMBER: 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

2. IF IT IS REQUESTED THAT NOTICES BE SENT TO A PERSON OTHER THAN THE CLAIMANT, SUCH AS YOUR ATTORNEY, PLEASE SEND NOTICES TO:

   NAME OF PERSON:
   STREET ADDRESS:
   TELEPHONE NUMBER:
   CITY:  STATE:  ZIP CODE:

   RELATIONSHIP TO CLAIMANT: ☒ ATTORNEY  ☐ OTHER
   C/ will forward these copys to him.

3. CIRCUMSTANCES REGARDING THE OCCURRENCE OR ACCIDENT:

   DATE AND TIME: 4-28-2019
   LOCATION: Cell 420T / C-3-W @ N.S.P.
   CITY: Newark  STATE: N.J.

4. DESCRIBE THE ACCIDENT OR OCCURRENCE:

   My Quran was destroyed by water for no apparent reason by Corr. Off. @ N.S.P. Lewin @ the start of Ramadan and the State. I was a 'stupid white motherfucker' as you must be able to tell these matters are on going.

5. STATE THE NAME AND ADDRESS OF ALL WITNESSES TO ABOVE OCCURRENCE:
all of C-3-W

6. STATE THE NAMES AND ADDRESSES OF EACH STATE AGENCY AND EACH STATE EMPLOYEE WHOM YOU CLAIM CAUSED YOUR DAMAGES OR INJURIES.
State Correctional Officer Lewin @ Northern State Prison.

7. STATE THE NAME AND ADDRESS OF ALL OTHER PERSONS, COMPANIES, OR GOVERNMENTAL AGENCIES WHICH YOU CLAIM ARE RESPONSIBLE FOR YOUR INJURIES OR DAMAGES.

8. BRIEFLY DESCRIBE THE INJURY, DAMAGES AND LOSSES INCURRED BY YOU.
The harm is mental psychological, I've been discriminated against being white in a mostly all African raw prison, profiled because of my look

9. GIVE THE AMOUNT THAT YOU CLAIM IN DAMAGES: $500,000.00 U.S. dollars
GIVE THE BASIS FOR CALCULATION OF THE ABOVE DAMAGES:
due been made to feel dehumanized I've been put off my Religion [scribbled out]

I certify that the foregoing statements made by me are true. I am aware that if any statement made herein is willfully false or fraudulent, i am subject to punishment as provided by law.

Date: 6-3-2019       Michael J. Caruso
                     CLAIMANT OR PERSON FILING ON BEHALF OF CLAIMANT

port # ~~[redacted]~~ 18

## INITIAL NOTICE OF CLAIM FOR DAMAGES AGAINST THE STATE OF NEW JERSEY

**FORWARD TO:** TORT AND CONTRACT UNIT, CLAIMS SEVICE SECTION
DEPARTMENT OF THE TREASURY, BUREAU OF RISK MGT.
CN 620
TRENTON, NEW JERSEY 08625
PHONE: (609) 292-4347

\* FORM **MUST** BE FILED WITHIN **90** DAYS OF THE ACCIDENT OR YOU MAY FORFEIT YOUR RIGHT

1. **NAME OF CLAIMANT:** Michael A. Clauso
   **STREET ADDRESS:** Northern State Prison
   **DATE OF BIRTH:** 8-23-1974
   **CITY:** Newark  **STATE:** N.J.  **ZIP CODE:** 07114
   **DAYTIME PHONE#/CONTACT:** 973-857-3640
   **SOCIAL SECURITY NUMBER:** 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

2. IF IT IS REQUESTED THAT NOTICES BE SENT TO A PERSON OTHER THAN THE CLAIMANT, SUCH AS YOUR ATTORNEY, PLEASE SEND NOTICES TO:

   **NAME OF PERSON:**
   **STREET ADDRESS:**
   **TELEPHONE NUMBER:**
   **CITY:**  **STATE:**  **ZIP CODE:**

   **RELATIONSHIP TO CLAIMANT:** ☒ ATTORNEY  ☐ OTHER

   I will forward these copys to him

3. **CIRCUMSTANCES REGARDING THE OCCURRENCE OR ACCIDENT:**
   **DATE AND TIME:** 5-23-2019
   **LOCATION:** Law Library @ N.S.P.
   **CITY:** Newark  **STATE:** N.J.

4. **DESCRIBE THE ACCIDENT OR OCCURRENCE:**
   On said date State Corr. Off. McGee @ N.S.P. Law Library post, was told 'I'll punch you in the face cracker'

18

5. STATE THE NAME AND ADDRESS OF ALL WITNESSES TO ABOVE OCCURRENCE:
All of people at Law Library on said date.

6. STATE THE NAMES AND ADDRESSES OF EACH STATE AGENCY AND EACH STATE EMPLOYEE WHOM YOU CLAIM CAUSED YOUR DAMAGES OR INJURIES.
State Correctional Officer McGee @ N.S.P.

7. STATE THE NAME AND ADDRESS OF ALL OTHER PERSONS, COMPANIES, OR GOVERNMENTAL AGENCIES WHICH YOU CLAIM ARE RESPONSIBLE FOR YOUR INJURIES OR DAMAGES.

8. BRIEFLY DESCRIBE THE INJURY, DAMAGES AND LOSSES INCURRED BY YOU.
Psychological, Already indicated in part #7.

9. GIVE THE AMOUNT THAT YOU CLAIM IN DAMAGES: $500,000.00 U.S. dollars

GIVE THE BASIS FOR CALCULATION OF THE ABOVE DAMAGES:
The amount is to cover all damages incurred by the Corr. Off. Staff @ N.S.P. These are gross civil Rights violations and AC: violations.

I certify that the foregoing statements made by me are true. I am aware that if any statement made herein is willfully false or fraudulent, i am subject to punishment as provided by law.

Date: 6-3-2019

CLAIMANT OR PERSON FILING ON BEHALF OF CLAIMANT

**Northern State Prison-Main**  
PO Box 2300   Newark, NJ  
Fax:

*July 18, 2019*  
Page 1  
Consultation Report

**MICHAEL J. CLAUSO**  
Male  DOB:08/23/1974  Booking #:1155878  SBI:000880700B  
Ins: NJDOCIC (NJDOCIP)

**06/20/2019 - Consultation Report: NEUROSURGERY CONSULTATION**  
**Provider: Denise Johnson, NP**  
**Location of Care: NJ Department of Corrections**

NEUROSURGERY CONSULTATION

06/20/2019

RE:  MICHAEL CLAUSO  
DOB:  08/23/1974  
SBI#:  000880700B  
Ordering Provider:  cmsjo65

This inmate was evaluated at the clinic on June 20, 2019.  He complained of neck pain with radiation to his left arm.  He attributes this to a motor vehicle accident where he struck his head and was thrown to the floor.

On examination, there is limited range of motion of the cervical spine in all directions secondary to discomfort.  I do find slight weakness of the triceps muscle on the left as compared to the right.  The remaining muscle groups are of normal strength.

I personally reviewed an MR scan of his cervical spine and see an osteophyte at the C6-C7 level which is off to the left and causing encroachment at the exiting nerve root at that level.

It is my impression that he has cervical radiculopathy.

I suggest a referral to Dr. Ibrahim to evaluate for a cervical epidural steroid injection.  If he derives no improvement from this, then a referral to the GNI Neurosurgical Group to explore surgical options.

Francis J. Pizzi, MD

mts/2188294/31

**Electronically Signed by Denise Johnson, NP on 06/26/2019 at 4:13 PM**