AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the

Michael J. Clauso )
_Plaintiff/Petitioner_ )
v. ) Civil Action No.
N.S.P. Staff & Comm. O'Hicks )
_Defendant/Respondent_ )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _Michael J. Clauso_    Date: 6-1-2020

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
| --- | --- | --- | --- | --- |
| | You | Spouse | You | Spouse |
| Employment — No | $ | $ | $ | $ |
| Self-employment — No | $ | $ | $ | $ |
| Income from real property (such as rental income) — No | $ | $ | $ | $ |
| Interest and dividends — No | $ | $ | $ | $ |
| Gifts — Sometimes My Mott | $100.00 Maybe | $ | $ | $ |
| Alimony — No | $ | $ | $ | $ |
| Child support — No | $ | $ | $ | $ |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | NO | $ NO | $ NO | $ NO |
| Disability (such as social security, insurance payments) | | $ | $ | $ |
| Unemployment payments | | $ | $ | $ |
| Public-assistance (such as welfare) | | $ | $ | $ |
| Other (specify): | | $ | $ | $ |
| Total monthly income: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N.S.D.O.C. | 2300 Newark, NJ | 8-10-18 to 2-11-20 | $ 19.00 |
| N.S.P.D.O.C. | 2300 Newark, NJ | 2-11-20 to Now | $ 15.00 |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Refer to Above | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ 40.00 $

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NONE | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | | |
|---|---|---|
| Home (Value) | NO | $ |
| Other real estate (Value) | NO | $ |
| Motor vehicle #1 (Value) | NO | $ |
| Make and year: | NO | |
| Model: | NO | |
| Registration #: | NO | |
| Motor vehicle #2 (Value) | NO | $ |
| Make and year: | NO | |
| Model: | NO | |
| Registration #: | NO | |
| Other assets (Value) | NO | $ |
| Other assets (Value) | NO | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NO | $ | $ |
| NO | $ | $ |
|  | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| Sophia Dobosz (Sophia Clauso) | Daughter | 9 |
| Michael Larkin | Son | 6 |
|  |  |  |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included? ☐ Yes ☐ No <br> Is property insurance included? ☐ Yes ☐ No | $ NO | $ NO |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ NO | $ NO |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ | $ |
|     Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ | $ |
| Installment payments | | |
|     Motor vehicle: | $ NO | $ NO |
|     Credit card *(name)*: | $ | $ |
|     Department store *(name)*: | $ | $ |
|     Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ NO | $ NO |
|---|---|---|
| Other (specify): | $ | $ |
| Total monthly expenses: | $ 0.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☒ Yes   ☐ No   If yes, describe on an attached sheet. I have 33 Months in now & 5 with 22, I expect to Max out soon.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☐ Yes   ☐ No

    If yes, how much? $ I dont know yet

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    Ive been in prison since 9-5-17

12. Identify the city and state of your legal residence.

    Rio Grande N.J.

    Your daytime phone number: _____

    Your age: 45   Your years of schooling: Diploma

    Last four digits of your social-security number: 4482

*(Cut along dotted line)*

(Note to Applicant: forward a copy of this Account Certification Form to each institution in which you have been confined for the six-month period prior to the date of this application.)

## ACCOUNT CERTIFICATION FORM

I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_May 26, 2020_  
Date

_Donald W. Prass_  
Authorized Officer of Institution

NOTICE TO PRISON OFFICIALS: Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed *in forma pauperis*. 28 U.S.C. § 1915(b)(2) (April 26, 1996). Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward payments of 20% of the income credited to the prisoner's account during the preceding month, each month the amount in the account exceeds $10.00, until the entire filing fee has been paid.

RECEIVED

JUN - 9 2020

AT 8:30_____ M  
WILLIAM T. WALSH  
CLERK

```
05/26/2020 12:55           DEPARTMENT OF CORRECTIONS           Page      4 Of    7
COIPRAS                      NORTHERN STATE PRISON                      OTRTASTA
                             TRUST ACCOUNT STATEMENT
                    STATEMENT DATE: 11/01/2019  -  05/26/2020


SBI #:  000880700B          Name: CLAUSO, MICHAEL J.          DOB:     08/23/1974
LOCATION: NSP-SOUTH-D1W-207B                                  INM#     1155878
```

TRANSACTION DESCRIPTIONS     21010 OFFENDER ACCOUNTS SUB ACCOUNT

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| | | | BEGINNING BALANCE: | | 0.00 |

TRANSACTION DESCRIPTIONS     2103 RELEASE SAVINGS SUB ACCOUNT

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| | | | BEGINNING BALANCE: | | 0.00 |

TRANSACTION DESCRIPTIONS     2101 SPENDABLE SUB ACCOUNT

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| | | | BEGINNING BALANCE: | | 0.00 |
| 11/06/2019 | NSP | LGLML | LEGAL MAIL LOAN | 0.50 | 0.50 |
| 11/06/2019 | NSP | POS | POSTAGE | (0.50) | 0.00 |
| 11/06/2019 | NSP | LGLML | LEGAL MAIL LOAN | 0.50 | 0.50 |
| 11/06/2019 | NSP | POS | POSTAGE | (0.50) | 0.00 |
| 11/18/2019 | NSP | FPAY | R04 /JAN UN /FPAY /RG:1 22 @1.30   10/01/2019-10/31/2019 | 28.60 | 28.60 |
| 11/18/2019 | NSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 13.60 |
| 11/18/2019 | NSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 28.60 |
| 11/18/2019 | NSP | DED | FPAY-DEDUCTION-CREST-CPM110700442I | (9.44) | 19.16 |
| 11/18/2019 | NSP | DED | FPAY-DEDUCTION-LGLML-03312016 | (1.62) | 17.54 |
| 11/18/2019 | NSP | DED | TRANSACTION FEE FOR TCF | (0.50) | 17.04 |
| 11/20/2019 | NSP | CRS | COMMISSARY SALE - ORD #9756681 | (15.95) | 1.09 |
| 12/09/2019 | NSP | CRS | COMMISSARY SALE - ORD #9775095 | (0.88) | 0.21 |
| 12/10/2019 | NSP | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:109309986 | 80.00 | 80.21 |
| 12/10/2019 | NSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 65.21 |
| 12/10/2019 | NSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 80.21 |
| 12/10/2019 | NSP | DED | DEDUCTION-CREST-CPM110700442I D | (8.00) | 72.21 |
| 12/10/2019 | NSP | DED | TRANSACTION FEE FOR TCF | (0.50) | 71.71 |
| 12/12/2019 | NSP | JPUR | AUTOPAYMENT: JPUR 60896206 | (2.00) | 69.71 |
| 12/16/2019 | NSP | CDR | ISLAMIC BOOKSTORE.COM | (23.85) | 45.86 |
| 12/17/2019 | NSP | FPAY | R04 /JAN UN /FPAY /RG:1 18 @1.30   11/01/2019-11/29/2019 | 23.40 | 69.26 |
| 12/17/2019 | NSP | DED | FPAY-DEDUCTION-CREST-CPM110700442I | (7.72) | 61.54 |

```
05/26/2020 12:55           DEPARTMENT OF CORRECTIONS        Page    5 Of    7

COIPRAS                    NORTHERN STATE PRISON                    OTRTASTA

                           TRUST ACCOUNT STATEMENT

                    STATEMENT DATE: 11/01/2019  -  05/26/2020


SBI #:  000880700B         Name: CLAUSO, MICHAEL J.        DOB:    08/23/1974
LOCATION: NSP-SOUTH-D1W-207B                               INM#   1155878


TRANSACTION DESCRIPTIONS      2101 SPENDABLE SUB ACCOUNT
DATE       LOCATION TYPE  TRANSACTION DESCRIPTION              TRANSACTION AMT   BALANCE

12/17/2019  NSP    DED   TRANSACTION FEE FOR TCF                     (0.50)      61.04
12/23/2019  NSP    CRS   COMMISSARY SALE - ORD #9793782              (58.07)      2.97
12/24/2019  NSP    JPUR  AUTOPAYMENT: JPUR 61539461                   (2.00)      0.97
12/27/2019  NSP    COPL  LEGAL COPIES LOAN                             1.03       2.00
12/27/2019  NSP    COP   COPIES                                      (2.00)       0.00
12/27/2019  NSP    LGLML LEGAL MAIL LOAN                               0.50       0.50
12/27/2019  NSP    POS   POSTAGE                                     (0.50)       0.00
12/27/2019  NSP    LGLML LEGAL MAIL LOAN                               0.50       0.50
12/27/2019  NSP    POS   POSTAGE                                     (0.50)       0.00
12/27/2019  NSP    LGLML LEGAL MAIL LOAN                               0.50       0.50
12/27/2019  NSP    POS   POSTAGE                                     (0.50)       0.00
12/27/2019  NSP    LGLML LEGAL MAIL LOAN                               0.50       0.50
12/27/2019  NSP    POS   POSTAGE                                     (0.50)       0.00
01/14/2020  NSP    COPL  LEGAL COPIES LOAN                             1.20       1.20
01/14/2020  NSP    COP   COPIES                                      (1.20)       0.00
01/16/2020  NSP    FPAY  R04 /JAN  UN  /FPAY  /RG:1 21 @1.30   12/02/2019-
                         12/31/2019                                  27.30       27.30
01/16/2020  NSP    DED   $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A.  (15.00)  12.30
01/16/2020  NSP    ADD   $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A.    15.00   27.30
01/16/2020  NSP    DED   FPAY-DEDUCTION-CREST-CPM110700442I           (9.01)     18.29
01/16/2020  NSP    DED   FPAY-DEDUCTION-COPL-12272018                 (2.23)     16.06
01/16/2020  NSP    DED   FPAY-DEDUCTION-LGLML-03312016                (1.06)     15.00
01/22/2020  NSP    CRS   COMMISSARY SALE - ORD #9824157              (14.92)      0.08
01/29/2020  NSP    LGLML LEGAL MAIL LOAN                               0.42       0.50
01/29/2020  NSP    POS   POSTAGE                                     (0.50)       0.00
01/29/2020  NSP    LGLML LEGAL MAIL LOAN                               0.50       0.50
01/29/2020  NSP    POS   POSTAGE                                     (0.50)       0.00
01/31/2020  NSP    LGLML LEGAL MAIL LOAN                               8.00       8.00
01/31/2020  NSP    POS   POSTAGE                                     (8.00)       0.00
02/03/2020  NSP    COPL  LEGAL COPIES LOAN                             0.10       0.10
02/03/2020  NSP    COP   COPIES                                      (0.10)       0.00
02/03/2020  NSP    COPL  LEGAL COPIES LOAN                             0.40       0.40
02/03/2020  NSP    COP   COPIES                                      (0.40)       0.00
02/04/2020  NSP    LGLML LEGAL MAIL LOAN                               1.00       1.00
02/04/2020  NSP    POS   POSTAGE                                     (1.00)       0.00
02/18/2020  NSP    FPAY  R04 /JAN  UN  /FPAY  /RG:1 23 @1.30   01/01/2020-
                         01/31/2020                                  29.90       29.90
02/18/2020  NSP    DED   $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A.  (15.00)  14.90
```

```
05/26/2020 12:55              DEPARTMENT OF CORRECTIONS              Page    6 Of    7
COIPRAS                        NORTHERN STATE PRISON                         OTRTASTA
                                TRUST ACCOUNT STATEMENT
                         STATEMENT DATE: 11/01/2019  -  05/26/2020


SBI #:  000880700B       Name: CLAUSO, MICHAEL J.           DOB:   08/23/1974
LOCATION: NSP-SOUTH-D1W-207B                                INM#   1155878


TRANSACTION DESCRIPTIONS       2101 SPENDABLE SUB ACCOUNT
DATE        LOCATION TYPE  TRANSACTION DESCRIPTION                TRANSACTION AMT   BALANCE
```

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---:|---:|
| 02/18/2020 | NSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 29.90 |
| 02/18/2020 | NSP | DED | FPAY-DEDUCTION-CREST-CPM110700442I | (9.87) | 20.03 |
| 02/18/2020 | NSP | DED | FPAY-DEDUCTION-COPL-12272018 | (0.50) | 19.53 |
| 02/18/2020 | NSP | DED | FPAY-DEDUCTION-LGLML-03312016 | (4.53) | 15.00 |
| 02/21/2020 | NSP | JPAY | AUTOPAYMENT: JPAY SETOFF_CODE:112277116 | 50.00 | 65.00 |
| 02/21/2020 | NSP | DED | DEDUCTION-CREST-CPM110700442I D | (5.00) | 60.00 |
| 02/21/2020 | NSP | DED | DEDUCTION-LGLML-03312016 D | (6.33) | 53.67 |
| 02/21/2020 | NSP | DED | TRANSACTION FEE FOR TCF | (0.50) | 53.17 |
| 03/02/2020 | NSP | MED | AUTOPAYMENT: MED 01-MAR-20 | (5.00) | 48.17 |
| 03/10/2020 | NSP | JPUR | AUTOPAYMENT: JPUR 65648100 | (2.00) | 46.17 |
| 03/12/2020 | NSP | JPAY | AUTOPAYMENT: JPAY SETOFF_CODE:113261370 | 50.00 | 96.17 |
| 03/12/2020 | NSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 81.17 |
| 03/12/2020 | NSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 96.17 |
| 03/12/2020 | NSP | DED | DEDUCTION-CREST-CPM110700442I D | (5.00) | 91.17 |
| 03/12/2020 | NSP | DED | TRANSACTION FEE FOR TCF | (0.50) | 90.67 |
| 03/17/2020 | NSP | GTL | GTL - PHONE DEBIT PURCHASE | (10.00) | 80.67 |
| 03/18/2020 | NSP | FPAY | R04 /JAN UN /FPAY /RG:1 19 @1.30  02/03/2020-02/28/2020 | 24.70 | 105.37 |
| 03/18/2020 | NSP | DED | FPAY-DEDUCTION-CREST-CPM110700442I | (8.15) | 97.22 |
| 03/18/2020 | NSP | DED | TRANSACTION FEE FOR TCF | (0.50) | 96.72 |
| 03/23/2020 | NSP | OPRA | OPRA FEES  17839 | (1.95) | 94.77 |
| 03/30/2020 | NSP | CDR | ISLAMIC BOOKSTORE .COM | (29.85) | 64.92 |
| 04/03/2020 | NSP | CRS | COMMISSARY SALE - ORD #9903024 | (53.70) | 11.22 |
| 04/07/2020 | NSP | CRS | COMMISSARY SALE - ORD #9906624 | (10.90) | 0.32 |
| 04/07/2020 | NSP | CRS | COMMISSARY SALE - ORD #9906921 | (0.31) | 0.01 |
| 04/07/2020 | NSP | CRS | COMMISSARY SALE - ORD #9907218 | 0.00 | 0.01 |
| 04/07/2020 | NSP | CRS | COMMISSARY SALE - ORD #9907564 | 0.00 | 0.01 |
| 04/07/2020 | NSP | CRS | COMMISSARY SALE - ORD #9907993 | 0.00 | 0.01 |
| 04/11/2020 | NSP | JPAY | AUTOPAYMENT: JPAY SETOFF_CODE:114638002 | 60.00 | 60.01 |
| 04/11/2020 | NSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 45.01 |
| 04/11/2020 | NSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 60.01 |
| 04/11/2020 | NSP | DED | DEDUCTION-CREST-CPM110700442I D | (6.00) | 54.01 |
| 04/11/2020 | NSP | DED | TRANSACTION FEE FOR TCF | (0.50) | 53.51 |
| 04/11/2020 | NSP | CEC | COMMISSARY RETURN - ORD #9906921 | 0.31 | 53.82 |
| 04/11/2020 | NSP | CEC | COMMISSARY RETURN - ORD #9906624 | 10.90 | 64.72 |
| 04/14/2020 | NSP | POS | POSTAGE | (0.65) | 64.07 |
| 04/17/2020 | NSP | FPAY | R04 /JAN UN /FPAY /RG:1 11 @1.30  03/02/2020-03/16/2020 | 14.30 | 78.37 |

```
05/26/2020 12:55           DEPARTMENT OF CORRECTIONS          Page     7 Of     7
COIPRAS                    NORTHERN STATE PRISON                       OTRTASTA
                           TRUST ACCOUNT STATEMENT
                    STATEMENT DATE: 11/01/2019  -  05/26/2020


SBI #:  000880700B          Name: CLAUSO, MICHAEL J.         DOB:    08/23/1974
LOCATION: NSP-SOUTH-D1W-207B                                 INM#   1155878
```

TRANSACTION DESCRIPTIONS    2101 SPENDABLE SUB ACCOUNT

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| 04/17/2020 | NSP | DED | FPAY-DEDUCTION-CREST-CPM1107004421 | (4.72) | 73.65 |
| 04/17/2020 | NSP | DED | TRANSACTION FEE FOR TCF | (0.50) | 73.15 |
| 04/27/2020 | NSP | POS | POSTAGE | (2.60) | 70.55 |
| 04/27/2020 | NSP | POS | POSTAGE | (0.50) | 70.05 |
| 05/04/2020 | NSP | COP | COPIES | (6.80) | 63.25 |
| 05/05/2020 | NSP | CRS | COMMISSARY SALE - ORD #9936443 | (20.90) | 42.35 |
| 05/26/2020 | NSP | POS | POSTAGE | (0.50) | 41.85 |
| 05/26/2020 | NSP | POS | POSTAGE | (0.50) | 41.35 |
| 05/26/2020 | NSP | POS | POSTAGE | (0.50) | 40.85 |

TRANSACTION DESCRIPTIONS    2102 WORK RELEASE SAVINGS SUB ACCOUNT

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| | | | BEGINNING BALANCE: | | 0.00 |

THIS FORM MUST BE USED BY A PRISONER APPLYING TO PROCEED IN FORMA PAUPERIS IN A CIVIL RIGHTS CASE

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Michael J. Clauso
(Plaintiff in this action)

: AFFIDAVIT OF POVERTY
: and ACCOUNT CERTIFICATION
: (CIVIL RIGHTS)

v.

: Civil Action No. _____
: (To be supplied by the Clerk of the Court)

C/o Diaz
C/o Moralez
C/o Lewin
C/o McGee
C/o Admin Act. Nogan
Commissioner M. O'Hicks
(Defendant(s) in this action)

: DNJ-Pro Se-007-A-(Rev.05/2013)

**Instructions:**

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $50) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. See Local Civil R. 5.1(f). A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid, regardless of the outcome of the proceeding. See 28 U.S.C. § 1915(b).

The prisoner must complete all questions in the following affidavit, sign and date the affidavit, and then obtain the signature of the appropriate prison official who certifies the prison account statement. After the appropriate prison official certifies your prison trust fund account statement(s), you must attach the prison account statement(s) to this application, for each prison or jail wherein you were incarcerated during the previous six months. If your application to proceed in forma pauperis is incomplete, then the Court may enter an order denying your application without prejudice and administratively terminating your case without filing the complaint.

THIS FORM MUST BE USED BY A PRISONER APPLYING TO PROCEED IN FORMA PAUPERIS IN A CIVIL RIGHTS CASE

In support of this application, I state the following under the penalty of perjury:

1. I **Michael James Clauso** (print your name), declare that I am the
   ☒ Plaintiff / movant   ☐ Other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty, I am unable to prepay the costs of said proceeding or give security therefor; that I believe I am entitled to relief.

2. The nature of my claim or the issues I intend to present on appeal are briefly stated as follows:
   **Records of institutional Reports**

3. List dates and places of confinement for the immediately preceding six months:

   Dates of Confinement | Places of Confinement
   --- | ---
   8-10-2018 to 2-11-20 | N.S.P. General Population
   2-11-20 to present | N.S.P. Adseg

   For each institution in which you have been confined for the preceding six months, you must obtain a copy of your prison account and the signature of the appropriate prison official (see certification on p. 3).

4. Are you employed at your current institution?   ☒ Yes   ☐ No

   Do you receive any payment or money from your current institution?   ☒ Yes   ☐ No

   If Yes, state how much you receive each month: **Was $19.00 / Now 15.00 per 2C:10-A**

5. In the past 12 months, have you received any money from any of the following sources?

   | | | | | Amount |
   |---|---|---|---|---|
   | a. | Business, profession, or other self-employment | ☐ Yes | ☒ No | |
   | b. | Rent payments, interest, or dividends | ☐ Yes | ☒ No | |
   | c. | Pensions, annuities, or life insurance payments | ☐ Yes | ☒ No | |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No | |
   | e. | Gifts or inheritances | ☒ Yes | ☐ No | 100.00 Sometime |
   | f. | Any other sources | ☐ Yes | ☒ No | |

THIS FORM MUST BE USED BY A PRISONER APPLYING TO PROCEED IN FORMA PAUPERIS IN A CIVIL RIGHTS CASE

6. Other than your prison account, do you have cash or a checking or savings account in your name?

~~Yes~~   ☒ No

If "Yes," state the total in the account at this time: _____

7. Do you own any other assets or property?    ☐ Yes   ☒ No

If "Yes," please describe: _____

8. I, Michael James Clauso / 880700-B/1155878
(Print or Type Name and Number of Prisoner)

declare under penalty of perjury that the aforesaid statements made by me are true and correct. I authorize the agency having custody over me to assess, withdraw from my prison account, and forward to the Clerk of the District Court for the District of New Jersey (1) an initial partial filing fee equal to 20% of the greater of the average monthly deposits to my prison account or the average monthly balance in my prison account for the six-month period immediately preceding the filing of the complaint, and (2) payments equal to 20% of the preceding month's income credited to my prison account each month the amount in the account exceeds $10.00, until the $ 350.-- fee is paid. 28 U.S.C. § 1915(b)(1) and (2).

6-1-2020
DATE

_Michael A. Clauso_
SIGNATURE OF PRISONER

THIS PORTION OF YOUR APPLICATION SHALL NOT BE LEFT BLANK.
IF THIS PORTION IS NOT COMPLETED, YOUR APPLICATION WILL BE DENIED WITHOUT PREJUDICE

## ACCOUNT CERTIFICATION SIGNED BY PRISON OFFICIAL

I, _____ (print name), certify that the attached trust fund account statement (or institutional equivalent) is a true and correct copy.

_____ (Signature)
DATE

_____ (Title)

3

DNJ-ProSe-007-A-(Rev.05/2013)