The United States Court
District of New Jersey

Tuesday July 14th 2020

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2020 JUL 21 A 9:53

Clauso vs Moralez 2:20-cv-07054-ES-MAH
Clauso vs African American Rookie Corr. Off. 1:20-cv-7056-RMB-JS

I filed these pro se lawsuit forms (2 forms) on June 6th 2020 as the 2 year deadline was approaching Aug 6th 2020. I am asking the court to combine the two case's into one, I put it on two packets because of two different prisons. Together they show a wonton disregard for the laws of the United States of America, together I can show the court if it will bare with, a pattern of abuse that the constitution of the United States does not allow, my basic foundamental rights as a citizen of any social standing in the United States of America is garunted, thier uniforms say police officer of the State of New Jersey. But they drove me in a vehical not in accordence to the law of the road, punched me, stripped me, destroyed religous ebook, threatened me with violence, and continue to do so up to the present. Its as if they are immortal, have such a wide range of immunity they can do what they want, to whoever they want, whenever they want. Im locked up for two bags of Heroin .022 in ____ weight, none of this was in my plea bargin. With all do respect I ask the court to combine these matters and allow me to continue? please.

Thank You

Sincerly
Michael J. Clauso
Michael J. Clauso



Michael James Claud
860'180-B
Northern State Prison
PO Box 2300
168 Frontage Rd.
Newark, N.J. 07114

2020 JUL 21  A 9:40
RECEIVED
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
CLERK

DV DANIELS NJ 070
15 JUL 2020 PM 7 L

United States District Court
of New Jersey
50 Walnut St.
Newark, N.J.

07102-399999