Not for Publication

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL J. CLAUSO,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CORRECTIONAL OFFICER<br>MORALEZ, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 20-7054 (ES) (MAH)<br><br>ORDER |

**SALAS, DISTRICT JUDGE**

It appearing that:

　　1.　　On June 9, 2020, plaintiff Michael Clauso ("Plaintiff"), a prisoner confined at Northern State Prison in Newark, New Jersey, filed this instant civil rights action pursuant to 42 U.S.C. § 1983. (D.E. No. 1). On June 9, 2020, Plaintiff filed a separate complaint which the Clerk of Court docketed and opened Civil Action No. 20-7056. (*See* Civ. No. 20-7056, D.E. No. 1).

　　2.　　On October 15, 2020, Plaintiff filed an amended complaint in this matter. (D.E. No. 3). On the same day, Plaintiff filed an amended complaint in Civil Action No. 20-7056. (*See* Civ. No. 20-7056, D.E. No. 7-1).

　　3.　　Plaintiff's amended complaint in Civil Action No. 20-7056 states that he combined the claims from Civil Action No. 20-7054 with the claim from Civil Action No. 20-7056 into one amended complaint. (*See* Civ. No. 20-7056, D.E No. 7 at 3).

　　4.　　Upon review, the claims in these two amended complaints are identical, and Plaintiff seeks the same relief from the same Defendants. Accordingly, the Court will order the

2

Clerk of Court to close this matter as a duplicate.  Plaintiff shall proceed with the amended complaint filed under Civil Action No. 20-7056.

IT IS on this 15th day of March 2021,

**ORDERED** that the Clerk of Court shall CLOSE this case with a Docket Entry reading "Duplicate of Civil Action 20-7056"; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

*s/Esther Salas*_____
**Esther Salas, U.S.D.J.**
